**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HERICSON TORRES, et al.,** | : | **Civ. No. 3:26-CV-859** |
| | : | |
| **Plaintiff,** | : | **(Judge Mehalchick)** |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| | : | |
| **FREEDOM MORTGAGE CORP., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

This *pro se* civil action was assigned to us on July 29, 2026 and our referral status was clarified on August 19, 2026. Upon review, we note that there is a motion by the plaintiffs which seeks leave to serve a number of defendants by email. (Doc. 20). It appears that events have largely overtaken this motion since many of the defendants named in the motion have entered appearance in this case. As for the remaining defendants who have not yet responded, we are not inclined to authorize email service but will, upon request, consider a motion to direct service by the U.S. Marshals Service. Accordingly, the motion for email service (Doc. 20) is DENIED without prejudice to the filing of a motion requesting service by the U.S. Marshals Service.

So ordered this 21st day of August 2026.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge